980 P.2d 1013

| | | | |
|---|---|---|---|
| State v. Gonsalves | 21079 | 1/12/99 | Affirmed |
| Pioneer Mill Co., Ltd. v. Dunn | 20926 | 1/12/99 | Affirmed |
| Carroll v. Nagatori-Carroll | 20990 | 1/12/99 | Vacated & Remanded in part & Affirmed |
| Wirfs v. Wirfs | 20562, 21209 | 1/13/99 | Vacated & Remanded |
| Ramsey v. State | 21116 | 1/14/99 | Affirmed in part, Vacated in part & Remanded |
| State v. Choy | 20934 | 1/14/99 | Vacated & Remanded |
| State v. Wong | 21194 | 1/15/99 | Vacated in part, Affirmed in part & Remanded |
| State v. Loo | 20893 | 1/19/99 | Affirmed |
| State v. Quinn | 20953 | 1/20/99 | Vacated & Remanded |
| State v. Ventura | 21519 | 1/25/99 | Vacated & Remanded |
| Sherrill v. Pico | 21435 | 1/27/99 | Affirmed |
| Werner v. Roberts | 20841 | 1/27/99 | Affirmed, Vacated & Remanded in part |
| County of Kauai v. Scottsdale Co., Inc. | 21262 | 1/27/99 | Vacated & Remanded |
| State v. Titsworth | 20884 | 1/28/99 | Affirmed in part, Vacated in part & Remanded |
| State v. Mattiello | 21187 | 1/28/99 | Affirmed |